Anthony W. Frisbie, appellant, v. Rose De Krauze, appellee. Gen. No. 27,070.

Action of forcible detainer. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 3, 1922.

Louis A. Heile, for appellant. Church, McMurdy, Harpel & Wagner, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Tony Grillo, appellant, v. Oetting Brothers Ice Company et al., appellees. Gen. No. 27,083.

Action for damages for injuries sustained in an assault upon plaintiff by defendants by their agents and servants. Judgment for defendants on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922.

James L. Bynum and Werner H. Sommers, for appellant. Miller, Gorham, Wales & Noxon, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Charles Krueger, plaintiff in error. Gen. No. 27,094.

Prosecution for possessing a deadly weapon. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the October term, 1921. Reversed. Opinion filed April 3, 1922.

Westbrooks & Blackwell, for plaintiff in error; Richard E. Westbrooks, of counsel. Robert E. Crowe, for defendant in error; Henry F. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Edward T. Wade, appellee, v. D. W. Nichols, appellant. Gen. No. 27,098.

Action for compensation for professional services as attorney. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922. Rehearing denied April 17, 1922.

Ernest A. Baugman and James H. Dunn, for appellant. Wilkerson, Cassels, Potter & Gilbert, for appellee; Edward T. Wade and Edwin H. Cassels, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Rosy Salberg, appellee, v. Karl Wilhelm, appellant. Gen. No. 27,124.

Action for damages for entering a store and tearing out fixtures. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 3, 1922.

Michael B. Roderick, for appellant. I. J. Berkson and W. H. Gallagher, for appellee.

Mr. Justice McSurely delivered the opinion of the court.